631 A.2d 150

IN THE MATTER OF ROBERT M. WALTON,
JR., AN ATTORNEY AT LAW.

October 15, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that ROBERT M. WALTON, JR., of BUDD LAKE, who was admitted to the bar of this State in 1978, be publicly reprimanded for his conduct in the handling of three matters, which included violations of *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.16(a)(2) (failure to withdraw from representation when the attorney's physical or mental condition may impair the representation), *RPC* 1.16(d) (improper termination of employment) and *RPC* 8.1(b) (failure to cooperate with the District Ethics Committees), and good cause appearing;

It is ORDERED that the report of the Disciplinary Review Board is adopted and ROBERT M. WALTON, JR., is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.